IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KELVIN FRAZIER,

    Plaintiff,

v.                                        Case No. 1:18cv236-MW/GRJ

WARDEN T. LAMB, et al.,

    Defendants.
_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 16. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** without prejudice pursuant to the three-strikes bar under 28 U.S.C. § 1915(g)." The Clerk shall close the file.

**SO ORDERED on January 3, 2019.**

                                                s/ MARK E. WALKER
                                                **Chief United States District Judge**